JAMES VAN CAMP, Respondent, *v.* ALBERT FOWLER, as Executor, etc., et al., Appellants.

(Argued April 12, 1892; decided May 3, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order

made November 21, 1891, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Selon H. Lewis* for appellants.

*William M. Ross* for respondent.

Agree to affirm on opinion of MERWIN, J., below.
All concur.
Judgment affirmed. _____